# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WIRELESS COMMUNICATIONS MOBILE LLC, § § § | |
| Plaintiff, § | CIVIL ACTION NO. 6:19-cv-562 |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| Monitronics International, Inc. d.b.a. Brink's Home Security TM, § § § | |
| Defendants. § § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Wireless Communications Mobile LLC ("Plaintiff" or "WCM") files this Unopposed Motion for Extension of Time to Respond to Complaint and respectfully shows the following:

Plaintiff filed its Complaint on October 1, 2019 (Dkt. No. 1) and served Defendants Monitronics International, Inc. d.b.a. Brink's Home Security TM ("Defendants" or "Monitronics") on October 9, 2019. Defendants' current response deadline is October 31, 2019. Counsel for Defendants contacted counsel for Plaintiff and requested a 30-day extension to respond to the complaint.

Plaintiff conferred with counsel for Defendants and agreed to a 30-day extension. Defendants requested that Plaintiff file this request for extension. Plaintiff therefore submits this request on behalf of Defendants.

2

Wherefore, Plaintiff and Defendants respectfully request that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to November 29, 2019.

Respectfully submitted,

Date:   October 22, 2019                      \s\ Henning Schmidt
                                                                      Henning Schmidt
Texas State Bar Number 24060569
DIMURO GINSBERG, P.C.
1101 King St., Suite 610
Alexandria, Virginia 22314
Phone: (703) 684-4333
Fax:    (703) 548-3181
Email: HSchmidt@dimuro.com
*Attorney for Plaintiff*
*VENKEE COMMUNICATIONS, LLC.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7-1(i), the undersigned here by certifies that on October 16, 2019 he conferred by email with counsel for Defendants, Chad Walters, and agreed that Plaintiff is unopposed to the relief requested herein.

\s\ Henning Schmidt
Henning Schmidt

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via email on the following counsel for Defendants at the email address listed below.

> Chad Walters, Esq.
> Baker Botts L.L.P.
> 2001 Ross Avenue, Suite 900
> Dallas, TX 75201
> chad.walters@bakerbotts.com
> T +1.214.953.6511
> F +1.214.661.4511

                                                  \s\ Henning Schmidt
                                                    Henning Schmidt